JOHNSON & PHAM, LLP                                    JS-6
Christopher D. Johnson, SBN: 222698
        E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
        E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
        E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone:   (818) 888-7540
Facsimile:    (818) 888-7544

Attorneys for Plaintiff
YOUR BABY CAN, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUR BABY CAN, LLC, a California Limited Liability Company, | Case No.:  CV10-00296 JST (FMOx) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| DANNY HSU, an Individual, et al., | |
| Defendants. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Plaintiff, YOUR BABY CAN, LLC, is hereby awarded final judgment on its claims for relief against Defendant DANNY HSU in the sum of $150,000.00 (17 *U.S.C.* §504(c)(2)), as the prevailing party in this action, pursuant to Rule 55(b) of the *Federal Rules of Civil Procedure* and under Local Rule 55-1.  Under Local

- 1 -
**[PROPOSED] JUDGMENT**

Rule 55-3, Plaintiff is awarded attorneys' fees of $5,600.00.  Plaintiff is further awarded costs, pursuant to the *Copyright Act*, 17 *U.S.C.* § 504(c), to be determined by the Notice of Application to the Clerk to Tax Costs within fifteen (15) days after the entry of judgment.

Furthermore, Defendant is permanently enjoined and restrained from the following activities and conduct and ordered as follows:

a.   Defendant is enjoined and permanently restrained from manufacturing, advertising, distributing, offering for sale, selling, whether directly or indirectly, counterfeit YOUR BABY CAN® brand merchandise of any kind bearing Plaintiff's marks or names, including but not limited to YOUR BABY CAN READ!® DVDs and products, that are confusingly similar to the trademarks, trade names, designs or logos of Plaintiff;

b.   Defendant is enjoined and permanently restrained from using Plaintiff's marks or any copy, reproduction, or colorable imitation, or confusingly similar simulation of Plaintiff's marks on or in connection with the promotion, advertising, distribution, manufacture or sale of Defendant's goods;

c.   Defendant is ordered to cancel, withdraw and recall all his promotions, advertisements and merchandise bearing Plaintiff's marks or any confusingly similar simulation to Plaintiff's marks, which have been published, placed or shipped by Defendant or under Defendant's authority, to any person, entity, or customer, including, without limitation, any publisher, agency, wholesaler, distributor, retailer, consignor or marketer, and also deliver to each publisher or customer

/ / /

/ / /

/ / /

1    a copy of this Court's order as it relates to said injunctive relief against

2    Defendant.

3

4    IT IS SO ORDERED, ADJUDICATED and DECREED this 4th day of March,

5    2011.

6

7

8                                          **<u>JOSEPHINE STATON TUCKER</u>**

9                                          HON. JOSEPHINE STATON TUCKER
                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28